# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Richmond Road Partners, LLC,** *et al.*, | ) | CASE NO. 1:23 CV 01662 |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **City of Warrensville Heights,** *et al.*, | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED defendants' Motion for Judgment on the Pleadings (Doc. 11), hereby enters judgment in favor of the defendants and against plaintiffs.

IT IS SO ORDERED.

Date: May 9, 2024

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge